# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 09-1097

_____

Lula M. Lewis,         *
                    *
      Appellant,      *
                    *  Appeal from the United States
  v.              *  District Court for the Northern
                    *  District of Iowa.
Michael J. Astrue,       *
Commissioner of Social Security,  *  [UNPUBLISHED]
                    *
      Appellee.      *

_____

Submitted: January 6, 2010
Filed: January 8, 2010

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

   Lulu M. Lewis appeals the district court's[1] order affirming the denial of disability insurance benefits. Following our de novo review of the record, we reject Lewis's assertions of error and find that the administrative law judge's decision is supported by substantial evidence on the record as a whole. See Davidson v. Astrue,

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, adopting the report and recommendations of the Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa.

578 F.3d 838, 841-42 (8th Cir. 2009) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____